## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DeSHIELDS, | ) |
| | ) Civil Action No. 2: 17-cv-0784 |
| v. | ) |
| | ) United States Senior Judge |
| | ) Joy Flowers Conti |
| MICHAEL ZAKEN, | ) |
| MARK DIALESANDRO, | ) |
| OFFICER ALBAN, SHELLY MANKEY, | ) |
| S. LONGSTRETH, and MS. CONGELIO, | ) |
| All sued in their Individual and Official | ) |
| Capacity, | ) |
| | ) |
| Defendants. | |

### ORDER

And now this 15th day of June, 2020, in accordance with the opinion, it is hereby ORDERED that the magistrate judge's Report and Recommendation (ECF No. 93), to which no objections were filed, is adopted as the opinion of this court as supplemented in the opinion. It is further ORDERED that the motion for summary judgment filed by plaintiff Robert DeShields (ECF No. 76) is DENIED.

BY THE COURT:

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Senior United States District Court Judge