IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DeSHIELDS, | Civil Action No. 2: 17-cv-0784 |
| v. | |
| | United States Senior Judge |
| | Joy Flowers Conti |
| MICHAEL ZAKEN, | |
| MARK DIALESANDRO, | |
| OFFICER ALBAN, SHELLY MANKEY, | |
| S. LONGSTRETH, and MS. CONGELIO, | |
| All sued in their Individual and Official | |
| Capacity, | |
| Defendants. | |

## ORDER

And now this 12th day of January, 2021, in accordance with the accompanying opinion, it is hereby ORDERED that the magistrate judge's Report and Recommendation (ECF No. 99), to which no objections were filed, is adopted as the opinion of this court as supplemented in the opinion. It is further ORDERED that this case is DISMISSED with prejudice due to plaintiff Robert DeShields' failure to prosecute the action.

BY THE COURT:

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Senior United States District Court Judge